FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

OCT 2 1 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:11-CR-015-LDG (PAL) |
| JOHN ALLEN YOUNGBLOOD, | ) | |
| Defendant. | ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 6, 2011, defendant JOHN ALLEN YOUNGBLOOD pled guilty to Count One of an Eighteen Count Criminal Indictment charging him in Count One with Conspiracy to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Docket #42, #122, #124, #128.

This Court finds defendant JOHN ALLEN YOUNGBLOOD agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Indictment and agreed to in the Plea Memorandum. #42, #122, #124.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Memorandum and the offenses to which defendant JOHN ALLEN YOUNGBLOOD pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2); Title 18, United States Code, Section 924(d)(1) and Title 28,

1  United States Code, Section 2461(c); Title 18 United States Code, Section 924(2)(C) and (3)(B) and
2  Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(11) and
3  Title 28, United States Code, Section 2461(c):

4      a.    $2,015.00 in U.S. Currency;

5      b.    $1,807.00 in U.S. Currency;

6      c.    $48,920.00 in U.S. Currency;

7      d.    a Ruger .38 cal. revolver, bearing serial number 540-48039;

8      e.    a Taurus PT709, 9mm semi-automatic handgun, bearing serial number TD082373;
9      and

10     f.    any and all ammunition ("property").

11 This Court finds the United States of America is now entitled to, and should, reduce the
12 aforementioned property to the possession of the United States of America.

13 NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
14 United States of America should seize the aforementioned property.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
16 JOHN ALLEN YOUNGBLOOD in the aforementioned property is forfeited and is vested in the
17 United States of America and shall be safely held by the United States of America until further order
18 of the Court.

19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
20 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
21 following publication of notice of seizure and intent to administratively forfeit the above-described
22 property.

23 DATED this _21_ day of _Oct._, 2011.

_____
UNITED STATES DISTRICT JUDGE